22-po-07001-JMC

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

MAGISTRATE JUDGE: __James M. Candelaria__     __Patricia I. Berg__
                                                                     Secretarial Assistant

Date: __8-20-21__

Violation/Case Number: __FBEV0046/22 + FBEV003E/22__

**UNITED STATES OF AMERICA**          By: [ ] _____, AUSA

v.

__James C. Quintana__          Atty: _____ [✓] Pro Se

Other Participants: _____

( ) INITIAL APPEARANCE     ( ) ARRAIGNMENT     ( ) SENTENCING     ( ) OTHER

Court in Session: _____     Court in Recess: _____     Total Time in Court: _____

[ ] Defendant advised of charges, penalties, and rights. [ ] General Advisement.
[ ] Consent to Proceed before the Magistrate Judge form executed.
[ ] Financial Affidavit tendered.
[ ] **ORDERED:** Counsel shall be appointed from the: [ ] **CJA Panel** [ ] **FPD's Office.**
[ ] Defendant waives factual basis. [ ] Factual basis on the record.
[ ] Defendant tenders a plea of **NOT GUILTY.**
[ ] Defendant advised of speedy trial rights and dates:
    [ ] 30 day minimum: _____ [ ] 70 day maximum: _____ [ ] 90 day custody: _____
[ ] Information filed: _____ [ ] Plea Agreement tendered and accepted.
[ ] Stipulation for Entry of Deferral Prosecution for _____ mos. tendered and accepted. Defendant shall appear at the Administrative Review Hearing on _____ @ _____.
[ ] **ORDERED:** _____ trial is set before _____ on _____ @ _____.
[ ] **ORDERED:** Defendant tenders plea of **GUILTY** to _____.
[ ] **ORDERED:** Case referred to the U.S. Probation Department for preparation of PSI report.
[ ] **ORDERED:** Sentencing is set for _____ @ _____.
[ ] **ORDERED:** Defendant shall pay a Fine of _____, due _____.
[ ] **ORDERED:** Defendant shall pay a Special Assessment fee of _____, due _____.
[ ] **ORDERED:** Defendant shall pay a CVB processing fee of _____, due _____.
[ ] **ORDERED:** Defendant shall serve a jail term of _____.
[ ] **ORDERED:** Defendant is placed on probation for a period of _____.
[ ] Defendant advised of his/her right to appeal the sentence imposed.
[ ] Defendant advised this conviction will be reported to the Department of Motor Vehicles.
[✓] **ORDERED:** This case is set for __review hearing__, on __10-1-21__ @ __10:00 am__
[ ] **ORDERED:** _____

__Court held at Monte Vista Municipal Courtroom, 95 First Avenue, Monte Vista Colo. 81144__

Hearing Concluded:
                 [ ] **Petty Offense**     [ ] **Misdemeanor Minutes**
U.S. District Court contact number: 970-259-0542

8/23 mailed to Deft
PO Box 777 Antonito Colo 81120