IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge James M. Candelaria

Criminal Case No. 22-PO-07001-JMC

UNITED STATES OF AMERICA,

Plaintiff,

vs.

1. JAMES C. QUINTANA

Defendant.

## ORDER GRANTING DOC 13

**ORDER ENTERED BY MAGISTRATE JUDGE JAMES M. CANDELARIA**

Government's Motion For Revocation Of Order Of Release And Forfeiture Of Bond [Doc 13] is GRANTED. Bond is revoked and arrest warrant to issue.

Judgment of forfeiture of the defendant's appearance bond is held in abeyance until the conclusion of this case.

**DATED: June 1, 2022**

BY THE COURT:

_____
James M. Candelaria
United States Magistrate Judge

1