IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NUMBER 22-PO-07001-JMC

Violation Notice No(s). FBEV0046    Loc. Code 22
FBEV003E

UNITED STATES OF AMERICA,

Plaintiff,

v.

James Quintana,

Defendant.

## ORDER

This matter having come on for consideration upon the Government's Motion To Dismiss,

**THE COURT HEREBY ORDERS** that the above-referenced violation(s) is/are hereby **DISMISSED.**

**SO ORDERED** this 12th day of August.

BY THE COURT:

James M. Candelaria
United States Magistrate
District of Colorado

cc:   U.S. Attorney's Office - Durango
      Defendant/Defense Counsel